7jgmtwoh (7/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Travis J Schmit
*Debtor*

*Bankruptcy Case No.*
15−60498−abf7

**J. Kevin Checkett**
   Plaintiff(s)

*Adversary Case No.*
15−06038−abf

v.

**Travis J Schmit**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That judgment by Default is hereby entered in favor of the Plaintiff, J. Kevin Checkett, Trustee in Bankruptcy, and against the Defendant, Travis J. Schmit, revoking the Debtor's Discharge pursuant to ll U.S.C. Section 727(d).



PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Sharon Greene
     Deputy Clerk

Date of issuance: 11/6/15

Court to serve